Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

_____ Division

|  |  |
|---|---|
| **Jeffery Haynes** ) ) ) | Case No.    2:21-cv-14016-RAR |
| *Plaintiff(s)* ) | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint.* ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* ) |  |
| *please write "see attached" in the space and attach an additional* ) | |
| *page with the full list of names.)* ) | |
| **-v-** ) | |
| ) | |
| **Albert Scarpati. See Attach** ) | |
| *Defendant(s)* ) | |
| *(Write the full name of each defendant who is being sued. If the* ) | |
| *names of all the defendants cannot fit in the space above, please* ) | |
| *write "see attached" in the space and attach an additional page* ) | |
| *with the full list of names. Do not include addresses here.)* ) | |

FILED BY ____ D.C.

APR 3 0 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

See
Attach

Defendant No, 5
Name Lan Porteous
Job or Title o,f,c Porteous
Employer Martin correctional Institution
Address 1150 s.w AllaPattah Road Indian Town, fl 32060
☑ Individual

Defendant No.6
Name Chester Merrill
Job or Title SeRGeant MeRRill
Employer Martin correctional INstitul
Address

Attach

Defendants
2 James Volpelletto

3 Brian babcock

4 James foster

5 chester Merrill

6 Lan Portedus

7 Cameron Short

8 Junior Garlobo

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                                  Jeffery Haynes

All other names by which
you have been known:
ID Number                          K-72806
Current Institution             Suwannee C.I
Address                             5964 U.S Highway 90
                                       Live oak    FL    32060
                                            *City*              *State*         *Zip Code*

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name                                  Albert, Scarpati
Job or Title *(if known)*        Captain Scarpati
Shield Number
Employer                           Martin Correctional Institution
Address                             1150 S.W Allapattah Road
                                       Indian Town   Florida 34956
                                            *City*              *State*         *Zip Code*
                                  ☑ Individual capacity    ☐ Official capacity

Defendant No. 2
Name                                  Junior Garlobo
Job or Title *(if known)*        Sergeant Garlobo
Shield Number
Employer                           Martin Correctional Institution
Address                             1150 S.W Allapattah Road
                                       Indian Town   Florida 34956
                                            *City*              *State*         *Zip Code*
                                  ☑ Individual capacity    ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name        James Volpelletto

Job or Title *(if known)*    SeRGeant Volpalletto

Shield Number

Employer      MartiN correctional InStitution

Address      1150 S.W Allapattah Road
INdian TowN FLoRidA 34956

           *City*        *State*        *Zip Code*

☑ Individual capacity     ☐ Official capacity

Defendant No. 4

Name        CAMeRoN SHort

Job or Title *(if known)*    o.f.c SHoRt

Shield Number

Employer      MartiN correctional InStitution

Address      1150 S.W Allapattah Road
INdiaN TowN FLoRidA 34956

           *City*        *State*        *Zip Code*

☑ Individual capacity     ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

     ☐ Federal officials (a *Bivens* claim)

     ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Plaintiff Eighth AMendMent constitutional Right Was Violated bY All DefendantS NaMe In the CoMPlaint

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

___

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

ON MY 17, 2018 All defendants Acted under coloR of state LAW by Physical Assaulting Plaintiff with out aNY provocation

___

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☑   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☐   Other *(explain)*   _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.
MartiN C.I

Page 4 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.  What date and approximate time did the events giving rise to your claim(s) occur?

ON MAY, 17, 2018   TiME 6:00 PM

D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Plaintiff was IN Handcuffs lYing oN His StoMach Pent To the Ground, With Defendant GARLobo oN Top Of HiM while other Defendants TAKeN TURNS PhYSical ASSaulting Plaintiff, witnesses officel MS Avant Officer MS Wilkson office

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Plaintiff Was TaKeN To the out SidE HoSPital The NeXt oN May, 18, 2018 In was TReated for PhYSical TRauMa

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Plaintiff will liKe JuStic

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Martin correctional Instutition

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose
      concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or
other correctional facility?

☑ Yes

☐ No

E.    If you did file a grievance:

    1.    Where did you file the grievance?

    CHarlotte correctional Instutition

    2.    What did you claim in your grievance? That I was Physical
                                           Attack by the Defendants

    3.    What was the result, if any? ~~████~~ NONE

    4.    What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If
          not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
    I Appeal All grievances

F.    If you did not file a grievance:

   1.    If there are any reasons why you did not file a grievance, state them here:

   _____

   2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   _____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   _____

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3.  Docket or index number

    _____

4.  Name of Judge assigned to your case

    _____

5.  Approximate date of filing lawsuit

    _____

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☐ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7.   What was the result of the case? *(For example: Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    4-20-2021

| | |
|---|---|
| Signature of Plaintiff | Jeffery Haynes |
| Printed Name of Plaintiff | Jeffery Haynes |
| Prison Identification # | K-72806 |
| Prison Address | 5964 U.S Highway 90 |
| | Live oak        FL      32060 |
| | *City*                *State*      *Zip Code* |

### B.    For Attorneys

Date of signing:

| | |
|---|---|
| Signature of Attorney | |
| Printed Name of Attorney | |
| Bar Number | |
| Name of Law Firm | |
| Address | |
| | *City*                *State*      *Zip Code* |
| Telephone Number | |
| E-mail Address | |

Jeffery Haynes K-72806
Suwannee C.I
5964 U.S Highway 90
Live Oak, FL 32060



Mailed From State
Correctional
Institution
Suwanee C.I.

JACKSONVILLE FL PROC CTR
FRI 23 APR 2021   PM

USMS INSPECTED
BY

UNITED States DistRict Court
Southern DistRict of FLoRida
Office of the CleRK Room 8N09
400 North MiAMi AVENUE
MiAMi, FL 33128-7718

**Provided to Suwannee**
Correctional Institution on

**APR 2 1 2021**

for mailing, by_____